| | | |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated, | ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:25-cv-15723 |
| Good Vibes Trading Company, Inc. | ) ) | |
| Defendant. | ) ) ) | **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: February 9, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger, Esq
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (716)-281-5496
Email: mohrenberger@ealg.law